**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| THE HANOVER INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | Case No.: 1:24-cv-11099 |
| ANATOMICAL GIFT ASSOCIATION OF ILLINOIS, INC., and LOREN SANTOW, | ) ) ) ) | |
| Defendants. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE ONLY AS TO
DEFENDANT LOREN SANTOW**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff The Hanover Insurance Company ("Hanover") provides notice and hereby dismisses this action only as to Defendant Loren Santow ("Santow") without prejudice and without costs to any party. Defendant Santow is the claimant whose lawsuit is the subject of the instant insurance coverage dispute between Hanover and its insured, Anatomical Gift Association of Illinois, Inc. Hanover named Santow as a defendant in this insurance coverage action in the event that, as the claimant, Santow was considered a necessary party to this insurance coverage dispute. However, since Santow has agreed to be bound by any judgment that the Court may enter in this matter, dismissal is appropriate. A copy of the stipulation is attached as Exhibit A.

DATED:     January 3, 2025          THE HANOVER INSURANCE COMPANY

By: /s/ *Milad Emam*
David F. Cutter
Milad Emam
Paul E. Sowa
BATESCAREY LLP
191 North Wacker, Suite 2400
Chicago, Illinois 60606
Ph.:     312-762-3100
Fax:    312-762-3200

Email: dcutter@batescarey.com
Email: memam@batescarey.com
Email: psowa@batescarey.com